# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARKET AMERICA, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| **GOOGLE, INC.** and | ) **JURY TRIAL DEMANDED** |
| **LTECH CONSULTING, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Market America, Inc. hereby advises the Court that its parent company is Market America Worldwide, Inc. and that no publicly held entity holds 10% or more of its stock.

Dated: July 7, 2009

    MORRIS JAMES LLP

    */s/ Matthew F. Lintner*
    Richard K. Herrmann (#405)
    Matthew F. Lintner (#4371)
    Jody C. Barillare (#5107)
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    (302) 888-6800
    rherrmann@morrisjames.com
    mlintner@morrisjames.com
    jbarillare@morrisjames.com

    Attorneys for Plaintiff MARKET AMERICA, INC.