AO 440 (Rev. 02/09) Summons in a CivilAction

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the District Of Delaware

MARKET AMERICA, INC., )
)
Plaintiff, )
)
v. ) Civil Action No.                4
)
GOOGLE, INC. and LTECH CONSULTING, LLC, )
)
Defendants. )

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendant's name and address*)
GOOGLE, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard K. Herrmann
Matthew F. Lintner
Jody C. Barillare
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/8/09                                   _____
                                                *Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* CT CORPORATION C/O SCOTT LaSCALA 1209 ORANGE ST. WILM. DE 19801 on *(date)* 7/8/09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/8/09

*Server's signature*

THOMAS G. MARTIN VICE PRESIDENT
*Printed name and title*

TRI STATE COURIER 715. N. KING ST. SUITE 102
WILMINGTON DE 19801
*Server's address*

Additional information regarding attempted service, etc: