**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARKET AMERICA, INC., : <br> : <br> Plaintiff, : <br> : <br> vs. : C.A. No. 1:09-cv-00494-GMS <br> : <br> GOOGLE INC. and LTECH CONSULTING, LLC, : <br> : <br> Defendants. : <br> : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as counsel for Defendant Google Inc.

OF COUNSEL:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
*ginenskya@pepperlaw.com*
*toyohtaa@pepperlaw.com*

Dated: August 12, 2009

*/s/ M. Duncan Grant*
M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
*grantm@pepperlaw.com*
*panichellim@pepperlaw.com*

Attorneys for Defendant
Google Inc.

#11268656 v1

# CERTIFICATE OF SERVICE

I, Maria L. Panichelli, hereby certify that on August 12, 2009, a copy of the foregoing Notice of Entry of Appearance was filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

    Matthew F. Lintner
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801

    Attorney for Plaintiff
    Market America, Inc.

I further certify that the foregoing Notice of Entry of Appearance was also served on the following unrepresented party via First Class Mail:

    LTech Consulting, LLC
    400 Somerset Corporate Blvd
    Suite 500
    Bridgewater, NJ 08807

    /s/ *Maria L. Panichelli*
    Maria L. Panichelli (Del. Bar #5047)