# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>GOOGLE INC. and )<br>LTECH CONSULTING, LLC, )<br>  )<br>    Defendants. ) | Civil Action No. 1:09-cv-00494-GMS |

## DEFENDANT GOOGLE INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1 (a), Defendant Google Inc. hereby states that, as of August 12, 2009, it is a publicly held corporation listed on NASDAQ under the symbol "GOOG." It does not have a parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

OF COUNSEL:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
*ginenskya@pepperlaw.com*
*toyohtaa@pepperlaw.com*

Dated: August 12, 2009

/s/ *Maria L. Panichelli*
M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
*grantm@pepperlaw.com*
*panichellim@pepperlaw.com*

Attorneys for Defendant
Google Inc.

#11272585 v2

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Defendant Google Inc.'s Rule 7.1 Disclosure Statement was filed with the Clerk of Court using CM/ECF, which will send notification to the following counsel of record:

>Matthew F. Lintner
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>
>Attorney for Plaintiff
>Market America, Inc.

I further certify that on the same date, the foregoing Defendant Google Inc.'s Rule 7.1 Disclosure Statement was also served on the following unrepresented party via First Class Mail:

>LTech Consulting, LLC
>400 Somerset Corporate Blvd
>Suite 500
>Bridgewater, NJ 08807

/s/ *Maria L. Panichelli*
Maria L. Panichelli (#5047)

#11272585 v2