## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:09-cv-00494-GMS |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
|         Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER

      WHEREAS Plaintiff Market America, Inc. filed this action on July 7, 2009;

      WHEREAS Defendant Google Inc. was served on July 8, 2009 and retained outside litigation counsel on or around July 16, 2009;

      WHEREAS Defendant LTech Consulting, LLC was served on or around July 13, 2009 and retained outside litigation counsel on or around July 29, 2009;

      WHEREAS to allow for the investigation of the facts and law, for responses by both defendants to be filed at the same time, and because of prearranged vacation schedules, the parties have agreed on a schedule and respectfully request the Court's permission to extend the defendants' response date and the briefing schedule if the defendants respond by filing a motion to dismiss; and

      WHEREAS this is the first time that the parties have requested an extension from the Court;

      IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the approval of the Court, that defendants Google Inc. and LTech Consulting, LLC will move, answer, or otherwise respond to Plaintiff Market America's Complaint filed in the above-captioned action on or before August 31, 2009; and that if Google Inc. and/or LTech Consulting,

#11313265 v2

LLC respond by filing a motion to dismiss, any opposition to that motion will be due 30 days after service of the motion and any reply will be due 15 days after service of the opposition.

| | |
|---|---|
| */s/ Matthew F. Lintner* | */s/ Maria L. Panichelli* |
| Richard K. Herrmann (Del. Bar No. 405) | M. Duncan Grant (Del. Bar No. 2994) |
| Matthew F. Lintner (Del. Bar No 4371) | Maria L. Panichelli (Del. Bar No. 5047) |
| Jody C. Barillare (Del. Bar No. 5107) | Pepper Hamilton LLP |
| Morris James LLP | Hercules Plaza, Suite 5100 |
| 500 Delaware Avenue, Suite 1500 | 1313 N. Market Street |
| Wilmington, DE 19801-1494 | P.O. Box 1709 |
| Tel: (302) 888-6806 | Wilmington, DE 19899-1709 |
| Fax: (302) 571-1750 | Tel: (302) 777-6500 |
| *rherrmann@morrisjames.com* | Fax: (302) 421-8390 |
| *mlintner@morrisjames.com* | *grantm@pepperlaw.com* |
| *jbarillare@morrisjames.com* | *panichellim@pepperlaw.com* |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Market America, Inc. | Google Inc. |

*/s/ Patrick J. Reilley*
Michael F. Bonkowski (Del. Bar No. 2219)
Patrick J. Reilley (Del Bar No. 4451)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 651-2002
Fax: (302) 574-2102
*mbonkowski@coleschotz.com*
*preilley@coleschotz.com*

Attorney for Defendant
LTech Consulting, LLC

Dated: August 12, 2009

        IT IS SO ORDERED this _____ day of August, 2009.

                                               _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Defendant Google Inc.'s Stipulation and [Proposed] Order was filed with the Clerk of Court using CM/ECF, which will send notification to the following counsel of record:

>Matthew F. Lintner
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>
>Attorney for Plaintiff
>Market America, Inc.

I further certify that on the same date, the foregoing Defendant Google Inc.'s Stipulation and [Proposed] Order was also served on the following unrepresented party via First Class Mail:

>LTech Consulting, LLC
>400 Somerset Corporate Blvd
>Suite 500
>Bridgewater, NJ 08807

/s/ *Maria L. Panichelli*
Maria L. Panichelli (#5047)