# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:09-cv-00494-GMS |
| | ) |
| vs. | ) |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION OF
## ANDREA TOY OHTA *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrea Toy Ohta, Esquire, to represent defendant Google Inc. in this matter.

Respectfully submitted,

*/s/ Maria L. Panichelli*
M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
*panichellim@pepperlaw.com*

Dated: August 12, 2009

Attorneys for Defendant
Google Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Andrea Toy Ohta *pro hac vice* is granted.

Dated: _____, 2009           United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Motion and Order for Admission of Andrea Toy Ohta *Pro Hac Vice* was filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Matthew F. Lintner
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>
>Attorney for Plaintiff
>Market America, Inc.

I further certify that the Motion and Order for Admission of Andrea Toy Ohta *Pro Hac Vice* was also served on the following unrepresented party via First Class Mail:

>LTech Consulting, LLC
>400 Somerset Corporate Blvd
>Suite 500
>Bridgewater, NJ 08807

/s/ *Maria L. Panichelli*
Maria L. Panichelli (#5047)