### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:09-cv-00494-GMS |
| ) | |
| vs. ) | |
| ) | |
| GOOGLE INC. and ) | |
| LTECH CONSULTING, LLC, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION OF
### AMY B. GINENSKY *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amy B. Ginensky, Esquire, to represent defendant Google Inc. in this matter.

                                  Respectfully submitted,

                                  */s/ Maria L. Panichelli*
                                  M. Duncan Grant (Del. Bar No. 2994)
                                  Maria L. Panichelli (Del. Bar No. 5047)
                                  PEPPER HAMILTON LLP
                                  Hercules Plaza, Suite 5100
                                  1313 N. Market Street, P.O. Box 1709
                                  Wilmington, DE 19899-1709
                                  Tel: (302) 777-6500
                                  Fax: (302) 421-8390
                                  *panichellim@pepperlaw.com*

Dated: August 12, 2009

                                  Attorneys for Defendant
                                  Google Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Amy B. Ginensky *pro hac vice* is granted.

Dated: _____, 2009                          United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2009, the foregoing Motion and Order for Admission of Amy B. Ginensky *Pro Hac Vice* was filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Matthew F. Lintner
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>
>Attorney for Plaintiff
>Market America, Inc.

I further certify that the Motion and Order for Admission of Amy B. Ginensky *Pro Hac Vice* was also served on the following unrepresented party via First Class Mail:

>LTech Consulting, LLC
>400 Somerset Corporate Blvd
>Suite 500
>Bridgewater, NJ 08807

>/s/ *Maria L. Panichelli*
>Maria L. Panichelli (#5047)