# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARKET AMERICA, INC. | : | |
| | : | Civil Action No.: 1:09-cv-00494-GMS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GOOGLE INC. and | : | |
| LTECH CONSULTING, LLC, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Michael F. Bonkowski, Esquire, of Cole, Schotz, Meisel, Forman & Leonard, P.A., as attorney for Defendant, LTech Consulting, LLC.

          **COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.**

          /s/ Michael F. Bonkowski

          Michael F. Bonkowski (No. 2219)
          500 Delaware Avenue, Suite 1410
          Wilmington, DE  19801
          (302) 651-2000 (Phone)
          (302) 652-3117 (Fax)
          mbonkowski@coleschotz.com
          Attorneys for Defendant,
          LTech Consulting, LLC

DATED:  August 26, 2009