UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARKET AMERICA, INC.

   Plaintiff,

v.

GOOGLE INC. and
LTECH CONSULTING, LLC,

   Defendants.

Civil Action No.: 1:09-cv-00494-GMS

**JURY TRIAL DEMANDED**

### DEFENDANT LTECH CONSULTING, LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant LTech Consulting, LLC hereby states that, as of August 21, 2009, it is a privately held New Jersey limited liability company. It parent corporation is the Matlen Silver Group, Inc., which is a privately held corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

          COLE SCHOTZ MEISEL FORMAN &
          LEONARD, P.A.

          _____
          Michael F. Bonkowski (No. 2219)
          500 Delaware Avenue, Suite 1410
          Wilmington, DE 19801
          (302) 651-2000
          (302) 652-3117 (Fax)
          mbonkowski@coleschotz.com
          Attorneys for Defendant,
          LTech Consulting, LLC

DATED: August 26, 2009