# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC. | : |
| Plaintiff, | : Civil Action No.: 1:09-cv-00494-GMS |
| v. | : |
| GOOGLE INC. and LTECH CONSULTING, LLC, | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE (DONALD P. JACOBS)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Donald P. Jacobs, Esquire of Budd Larner, P.C., to represent Defendant LTech Consulting, LLC in this matter.

COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.

_____
Michael F. Bonkowski (No. 2219)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2000 (Phone)
(302) 652-3117 (Fax)
mbonkowski@coleschotz.com
Attorneys for Defendant,
LTech Consulting, LLC

DATED: August 27, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: August ____, 2009

_____
The Honorable Gregory M. Sleet
United States District Judge

40000/0599-5934489v1