UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. and<br>LTECH CONSULTING, LLC,<br><br>Defendants. | Civil Action No.: 1:09-cv-00494-GMS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT LTECH CONSULTING, LLC'S MOTION TO DISMISS PLAINTIFF MARKET AMERICA'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant LTech Consulting, LLC moves to dismiss Plaintiff Market America's Complaint with prejudice for the reasons set forth in the accompanying Opening Brief in Support of its Motion to Dismiss.

Respectfully Submitted,

By: _/s/ Michael F. Bonkowski_
Michael F. Bonkowski (No. 2219)
COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
mbonkowski@coleschotz.com

and

Peter J. Frazza (Admitted Pro Hac Vice)
Donald P. Jacobs (Admitted Pro Hac Vice)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973)379-4800

Attorneys for Defendant,
LTech Consulting, LLC

Dated: August 31, 2009

Dockets.Justia.com