Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC. : | |
| : | Civil Action No.: 1:09-cv-00494-GMS |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GOOGLE INC. and : | |
| LTECH CONSULTING, LLC, : | **JURY TRIAL DEMANDED** |
| : | |
| Defendants. : | |

## REPLY STATEMENT OF DEFENDANT LTECH CONSULTING, LLC REGARDING ITS AUGUST 31, 2009 MOTION TO DISMISS

On August 31, 2009, defendants Google Inc. ("Google") and LTech Consulting, LLC ("LTech") filed Motions to Dismiss (the "Motions"). On September 30, 2009, plaintiff Market America, Inc. filed an Amended Complaint and a Combined Answering Brief in Opposition to the Motions.

Because Market America has filed an Amended Complaint, LTech's August 31, 2009 Motion to Dismiss is moot. LTech will respond to Market America's Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the District of Delaware, or as otherwise permitted by order of the Court.

Respectfully Submitted,

By: _____
Michael F. Bonkowski (No. 2219)
COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
mbonkowski@coleschotz.com

and

47709/0001-6056417v2

Dated: October 15, 2009

Peter J. Frazza (Admitted Pro Hac Vice)
Donald P. Jacobs (Admitted Pro Hac Vice)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973)379-4800

Attorneys for Defendant,
LTech Consulting, LLC