## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.  1:09-cv-00494-GMS |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
| Defendants. | ) |

## REPLY STATEMENT OF DEFENDANT GOOGLE INC.
## IN SUPPORT OF ITS MOTION TO DISMISS

On August 31, 2009, defendants Google Inc. ("Google") and LTech Consulting,

LLC filed motions to dismiss.  On September 30, 2009, plaintiff Market America, Inc. filed an

Amended Complaint and a Combined Answering Brief of Plaintiff Market America, Inc. in

Opposition to Defendant Google, Inc. and Defendant LTech Consulting, LLC's Motions to

Dismiss.

Because Market America has filed an Amended Complaint, Google's August 31

Motion to Dismiss is moot and is therefore withdrawn.  Google will respond to Market

#11584968 v1

Dockets.Justia.com

America's Amended Complaint in accordance with the Federal Rules of Civil Procedure and the

Court's local rules.

Respectfully submitted,

OF COUNSEL:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
ginenskya@pepperlaw.com
toyohtaa@pepperlaw.com

/s/ *Maria L. Panichelli*
M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
grantm@pepperlaw.com
panichellim@pepperlaw.com

Dated: October 15, 2009

*Attorneys for Defendant Google Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I, Maria L. Panichelli, hereby certify that on October 15, 2009 a true and

correct copy of the foregoing Reply Statement of Defendant Google Inc. in support of its

Motion to Dismiss was filed with the Clerk of Court using CM/ECF, which will send

notification to the following counsel of record:

> Matthew F. Lintner
> Richard K. Herrmann
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
>
> *Attorney for Plaintiff Market America, Inc.*
>
>
> Michael F. Bonkowski
> Cole, Schotz, Meisel, Forman & Leonard, P.A.
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE 19801
>
> *Attorney for Defendant LTech Consulting, LLC*

> /s/  *Maria L. Panichelli*
> Maria L. Panichelli (#5047)