# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:09-cv-00494-GMS |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT GOOGLE INC'S MOTION TO DISMISS
## COUNTS I, II, AND III OF THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Google Inc. moves to dismiss Counts I, II, and III of the Amended Complaint with prejudice for the reasons set forth in the accompanying Opening Brief in Support of its Motion to Dismiss.

Respectfully Submitted,

*/s/ Maria L. Panichelli*

| OF COUNSEL: | M. Duncan Grant (Del. Bar No. 2994) |
| | Maria L. Panichelli (Del. Bar No. 5047) |
| Amy B. Ginensky | PEPPER HAMILTON LLP |
| Andrea Toy Ohta | Hercules Plaza, Suite 5100 |
| PEPPER HAMILTON LLP | 1313 N. Market Street |
| 3000 Two Logan Square | P.O. Box 1709 |
| Eighteenth and Arch Streets | Wilmington, DE 19899-1709 |
| Philadelphia, PA 19103-2799 | Tel: (302) 777-6500 |
| Tel: (215) 981-4000 | Fax: (302) 421-8390 |
| Fax: (215) 981-4750 | grantm@pepperlaw.com |
| ginenskya@pepperlaw.com | panichellim@pepperlaw.com |
| toyohtaa@pepperlaw.com | |

Dated: October 19, 2009                *Attorneys for Defendant Google Inc.*

#11603840 v1

# CERTIFICATE OF SERVICE

I, Maria L. Panichelli, hereby certify that on October 19, 2009 a true and correct copy of Defendant Google Inc.'s Motion to Dismiss Counts I, II, and III of the Amended Complaint was filed with the Clerk of Court using CM/ECF, which will send notification to the following counsel of record:

    Matthew F. Lintner
    Richard K. Herrmann
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801

    *Attorney for Plaintiff Market America, Inc.*

    Michael F. Bonkowski
    Cole, Schotz, Meisel, Forman & Leonard, P.A.
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801

    *Attorney for Defendant LTech Consulting, LLC*

    /s/ *Maria L. Panichelli*
    Maria L. Panichelli (#5047)