# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MARKET AMERICA, INC. :
: Civil Action No.: 1:09-cv-00494-GMS
      Plaintiff, :
:
v. :
:
GOOGLE INC. and :
LTECH CONSULTING, LLC, : **JURY TRIAL DEMANDED**
:
      Defendants. :

## LTECH CONSULTING, LLC'S MOTION TO DISMISS
## COUNTS I, II AND III OF THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant LTech Consulting, LLC moves to dismiss Counts I, II and III of the Amended Complaint with prejudice for the reasons set forth in the Opening Brief of co-defendant Google Inc., in which LTech Consulting, LLC joins, by its Notice of Joinder and Opening Memorandum in Support of its Motion to Dismiss Counts I, II and III of the Amended Complaint, filed contemporaneously herewith.

                                          COLE, SCHOTZ, MEISEL,
                                             FORMAN & LEONARD, P.A.

                                          Michael F. Bonkowski (No. 2219)
                                          500 Delaware Avenue, Suite 1410
                                          Wilmington, DE 19801
                                          (302) 651-2002 (Phone)
                                          (302) 652-3117 (Fax)
                                          mbonkowski@coleschotz.com

                                             and

DATED: October 19, 2009

Peter J. Frazza (Admitted Pro Hac Vice)
Donald P. Jacobs (Admitted Pro Hac Vice)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973)379-4800 (Phone)
(973)379-7734 (Fax)

Attorneys for Defendant,
LTech Consulting, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I electronically filed LTECH CONSULTING, LLC'S MOTION TO DISMISS COUNTS I, II AND III OF THE AMENDED COMPLAINT with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Matthew F. Lintner
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

M. Duncan Grant
Maria L. Panichelli
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

I hereby certify that on October 19, 2009, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Michael F. Bonkowski (No. 2219)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
mbonkowski@coleschotz.com