# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARKET AMERICA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **C.A. No. 09-494 (GMS)** |
| ) | |
| **GOOGLE, INC. and** ) | |
| **LTECH CONSULTING, LLC,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE NOTE the following substitution of Delaware counsel for plaintiff Market America, Inc. Matthew F. Linter of Morris James LLP withdraws his appearance and Richard K. Herrmann of Morris James LLP substitutes his appearance as lead counsel on behalf of Market America, Inc.

Dated: January 4, 2010

                                                                                          */s/ Richard K. Herrmann*
                                                                                Richard K. Herrmann (#405)
                                                                                Mary B. Matterer (#2696)
                                                                                Jody C. Barillare (#5107)
                                                                                500 Delaware Avenue, Suite 1500
                                                                                Wilmington, DE 19801
                                                                                (302) 888-6800
                                                                                rherrmann@morrisjames.com
                                                                                mmatterer@morrisjames.com
                                                                                jbarillare@morrisjames.com
                                                                                *Attorneys for Plaintiff*
                                                                                *MARKET AMERICA, INC.*